GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
3930 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 949-3104
ghayes@cookseylaw.com
amuehlbauer@cookseylaw.com

Jeremy A. Lieberman
Francis P. McConville
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
fmcconville@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE A. HAMPE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:14-cv-01526-APG-NJK |
| Plaintiff(s), | CLASS ACTION |
| v. | |
| PDL BIOPHARMA, INC., JOHN P. MCLAUGHLIN, PETER S. GARCIA, and DAVID MONTEZ, | **ORDER APPOINTING ROBERT M. MCELROY AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| Defendants. | |

Having considered the Motion to Appoint Robert M. McElroy ("McElroy") as Lead Plaintiff and to Approve Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that McElroy is appointed Lead Plaintiff; and

3. Lead Plaintiff's selection of counsel is approved. Pursuant to §21D(a)(3)(B)(v), Pomerantz LLP is appointed Lead Counsel for the Class and Cooksey, Toolen, Gage, Duffy & Woog, P.C. is appointed as Liaison Counsel.

IT IS SO ORDERED.

DATED: December 11, 2014.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE