GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
3930 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 949-3104
amuehlbauer@cookseylaw.com
ghayes@cookseylaw.com

*Plaintiffs' Liaison Counsel*

JEREMY A. LIEBERMAN
FRANCIS P. MCCONVILLE
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
fmcconville@pomlaw.com

PATRICK V. DAHLSTROM
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Plaintiffs' Lead Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LEE A. HAMPE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>PDL BIOPHARMA, INC., JOHN P. MCLAUGHLIN, PETER S. GARCIA, and DAVID MONTEZ,<br><br>Defendants. | Case No. 2:14-cv-01526-APG-NJK<br><br>CLASS ACTION<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  The parties hereby stipulate to the dismissal of this action without prejudice as to
2  Defendants PDL BioPharma, Inc., John P. McLaughlin, Peter S. Garcia, and David Montez
3  (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefore
4  state as follows:

5  WHEREAS, Lee A. Hampe filed this putative class action complaint on September 18, 2014
6  [Docket No. 1];

7  WHEREAS, on December 11, 2014, the Court entered an Order Appointing Robert M.
8  McElroy As Lead Plaintiff And Approving Lead Plaintiff's Selection Of Lead Counsel [Docket No.
9  27];

10  WHEREAS, the March 5, 2015 deadline for Lead Plaintiff to file an Amended Complaint
11  has not yet been reached;

12  WHEREAS, this action has not been certified as a class action and, therefore, Fed. R. Civ.
13  P. 23(e) does not apply, and no prejudice to absent putative class members will result from
14  dismissal of the action;

15  WHEREAS, Lead Plaintiff and his counsel have now determined, after careful review and
16  deliberation, to voluntarily dismiss this action; and

17  WHEREAS, neither Lead Plaintiff nor his counsel has received or will receive any
18  consideration for dismissing this action from Defendants or otherwise;

19  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned
20  parties, as follows:

21  1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed without
22  prejudice as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in
23  connection with this action;

24  2.  The parties mutually agree not to seek or assert any claim against the other(s) or
25  their counsel for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) in
26  connection with the filing, prosecution, defense or dismissal of this action and/or any other claim
27  that the above-captioned action was brought or defended in bad faith; and

28  3.  This Stipulation shall not be construed against any party, but shall be construed as

1

if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on ground of authorship or otherwise be interpreted against any one party.

Dated: February 2, 2015

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG, P.C.

By: *[signature]*

Griffith H. Hayes, Esq. (Bar No. 7374)
Andrew R. Muehlbauer (Bar. No. 10161)
3930 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
Tel.: (702) 949-3100
Fax: (702) 949-3104
ghayes@cookseylaw.com
amuehlbauer@cookseylaw.com

*Plaintiffs' Liaison Counsel*

POMERANTZ LLP
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, NY  10016
Tel.: (212) 661-1100
Fax:  (212) 661-8665
jalieberman@pomlaw.com
fmcconville@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, IL  60603
Tel.:  (312) 377-1181
Fax:  (312) 377-1184
pdahlstrom@pomlaw.com

*Plaintiffs' Lead Counsel*

PARSONS BEHLE & LATIMER

By: /s/ Rew Goodenow

Rew R. Goodenow (Bar No. 3722)
Robert W. Delong (Bar No. 10022)
50 West Liberty Street, Suite 750
Reno, NV 89501
Tel.: (775) 323-1601
Fax: (775) 348-7250
rgoodenow@parsonsbehle.com
redlong@parsonsbehle.com

SHEARMAN & STERLING LLP
Stuart J. Baskin
Brian H. Polovoy
(admitted under LR IA 10-2)
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 848-4000
Fax: (212) 848-7179
sbaskin@shearman.com
bpolovoy@shearman.com

*Attorneys for Defendants*

\* \* \*

IT IS SO ORDERED.

Dated: February __, 2015

_____
UNITED STATES DISTRICT JUDGE

3